

**George Pazuniak, Esq.**
gp@del-iplaw.com
**Direct: (207) 359-8576**

May 13, 2021

**VIA ECF**

The Honorable Leonard P. Stark
Chief Judge United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801

>   RE:   *Stragent, LLC v. BMW of North America, LLC,, et al., CA 1:20-cv-00510-LPS*;
>   *Stragent, LLC v. Mercedes-Benz USA, LLC, et al., CA 1:20-cv-00511-LPS*
>   *Stragent, LLC v. Volvo Car North America, LLC, CA 1:20-cv-00512-LPS*

Dear Judge Stark:

Pursuant to the Court's Scheduling Order, Plaintiff Stragent, LL hereby submits its technical tutorial in the form a pdf document.
.

>   Respectfully Submitted,
>
>   */s/ George Pazuniak*
>   George Pazuniak

cc:  All counsel via ECF